EOD 9-17-01

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 17 2001

DAVID J. MALAND, CLERK
BY DEPUTY _Jaja McEwen_

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMKOR TECHNOLOGY, INC. | § |
| | § CIVIL ACTION NO. 4:01CV45 |
| Plaintiff, | § Honorable Paul N. Brown |
| | § |
| v. | § |
| | § |
| ST ASSEMBLY TEST SERVICES, LTD., and | § |
| ST ASSEMBLY TEST SERVICES, INC. | § |
| | § |
| Defendants. | § |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

It is hereby ORDERED that:

1. The above action is dismissed with prejudice; and

2. Each party shall bear its own costs.

SIGNED this 17th day of September, 2001.

_Paul Brown_
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM:

_Joseph W. Wolfe_
Joseph W. Wolfe
Texas State Bar No. 21859000
WOLFE, CLARK, HENDERSON &
TIDWELL, L.L.P.
123 N. Crockett St. # 100
Sherman, TX 75090-5994
Tel. (903) 868-1933
Fax (903) 892-2397

ATTORNEYS FOR PLAINTIFF

_Clyde M. Siebman_
Clyde M. Siebman
Texas State Bar No. 18341600
SIEBMAN, REYNOLDS & BURG, LLP
421 North Crockett
Sherman, Texas 70590
Tel. (903) 870-0070
Fax (903) 870-0066

ATTORNEYS FOR DEFENDANTS

21